■■■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LANCE J. REED, Appellant. [998 NYS2d 129]—Appeal from a judgment of the Monroe County Court (John R. Schwartz, A.J.), rendered December 9, 2008. The judgment convicted defendant, upon his plea of guilty, of criminal possession of a weapon in the second degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Scudder, P.J., Centra, Carni and Sconiers, JJ.